FILED

2022 DEC -1 PM 1:10

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Civil Division

**DAWUD C.S. GABRIEL,**

        **Plaintiff,**

v.

**AMERIKAN LLC.**           A Non-Jury Trial is Requested.

        **Defendant/**

## COMPLAINT FOR A CIVIL ACTION

### I. INTRODUCTION

November 29, 2022

The Plaintiff **DAWUD C.S. GABRIEL** ("Gabriel"), who resides at **1307 Thurston Avenue**, in **Sebring (Highlands County), Florida (33870), telephone number of (863) 464-1709**, timely files this civil action against the Defendant **AMERIKAN LLC.** ("Amerikan"), located at **2006 Fortune Blvd**, in **Sebring (Highlands County), Florida (33870)**, telephone number of **(863) 314-9417**, for numerous violations of the Americans with Disabilities Act of 1990 ("ADA"). The **BASIS FOR JURISDICTION** is a **FEDERAL QUESTION**. Gabriel's complaint includes one (1) claim of ADA Disability Discrimination - Failure to Accommodate, violations of the congressional acts of 42 U.S.C. § 12112(b)(5).

## II.   JURISDICTIONAL STATEMENT

On March 29, 2022, Gabriel filed a Charge of Discrimination ("Charge') against Amerikan with the U.S. Equal Employment Opportunity Commission ("EEOC") Miami District Office (EEOC Case No. 510-2022-03689). (See Document 1). On September 12, 2022, Gabriel filed an Amended Charge against Amerikan with the EEOC. (See Document 1a). The EEOC declined to investigate the allegations therein the Amended Charge; therefore, Gabriel has exhausted all his administrative remedies as of September 25, 2022 (after the passing of 180 days since filing the initial Charge). Congress, under 42 U.S.C. § 2000e-5(f)(1), prescribes a ninety (90) deadline (December 25, 2022) to file civil action in U.S. District Court that has subject-matter jurisdiction to hear the grievances related to the Amended Charge.

The U.S. District Court - Middle District of Florida ("M.D.FLA") is the proper venue for this matter under 28 U.S.C. § 1391(a) – (d) & 42 U.S.C. § 2000e-5(f)(3), because all of the discriminatory allegations asserted therein the Amended Charge and as well as "like or related" discriminatory allegations not asserted in the Amended Charge, occurred within the State of Florida. Therefore, 42 U.S.C. § 2000e-5(f)(1) & (3) (of Title VII of the Civil Rights Act of 1964) gives the Court (U.S. District Court - M.D.FLA) subject matter jurisdiction to hear Gabriel's claims.

### III.   STATEMENT OF CLAIM

1. On March 23, 2022, Amerikan LLC ("Amerikan") violated the <u>Americans with Disabilities Act of 1990</u> ("ADA") by discriminating against Dawud C.S. Gabriel ("Gabriel"), **a qualified individual with a disability,** because of his known medical condition of Attention Deficit Hyperactivity Disorder ("Adhd").

2. In 2013, Gabriel was initially diagnosed with Adhd, a non-transitory mental condition, that substantially limits Gabriel's Brain major bodily function and his Concentration, Interacting with Others, Learning, Reading, and Thinking major life activities. (See Documents 2 & 3). Gabriel has articulated how Adhd substantially limits a major bodily function and major life activities in Section 3(B) & (C). Gabriel has also offered evidence of his impairment by stating his own experiences in Section 3(D).

3. **Amerikan failed to accommodate Gabriel, when Gabriel requested a non-undue reasonable accommodation for his medical condition of Adhd, of requesting that he not to be spoken to in a disrespectful manner (a violation of <u>42 U.S.C § 12112(b)(5)</u>).**

4. On March 20, 2022, Chandale Gross ("Gross"), an Amerikan supervisor, cursed at Gabriel (using obscenities), in attempt to cause a derogatory response from Gabriel (to have cause to terminate his contractual employment through Labor Finders of Sebring (Florida)).

5. On March 23, 2022, Gross responded to Gabriel's accommodation request by stating that he (himself) has a medical condition, and then insulted Gabriel (as well as denying Gabriel's accommodation request) by stating that he has a problem when workers do not [allegedly] use common sense (psychological harassment, intended to target Gabriel's known medical condition of Adhd).

6. On Wednesday, March 23, 2022 (right before the start of Gabriel's assigned shift and after the conversation he had with Gross), Gross instructed Gabriel to leave the property and to contact Labor Finders for further information and instructions.

7. On Thursday, March 24, 2022, Gabriel contacted Labor Finders and was told that an email from Amerikan was sent, informing them that Gabriel's services were no longer needed by Amerikan.

8. Labor Finders informed Gabriel that he was placed on a list of individuals that Amerikan directed them (Labor Finders) not to send for future employment.

## IV.   **RELIEF**:

Amerikan is a subsidiary of Myers Industrial, Inc. (a publicly traded company (MYE (NYSE)), that employs over five hundred (500) people. Because of the number of people Myers Industrial, Inc. employs, Congress under 42 U.S.C § 1981a(b)(3)(D) limits the damages to $300,000 per claim (to exclude back pay and frontal pay). Gabriel is requesting $300,000.00 per claim for compensatory damages for pain and suffering, emotional distress, lost benefits, loss of the enjoyment of life and social life, as well as court fees. Gabriel is also requesting back pay and frontal pay. During the events related to this matter, Amerikan acted with malice and reckless indifference to Gabriel's federally protected rights; therefore, Gabriel is seeking punitive damages.

## V. CERTIFICATION AND CLOSING:

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 29, 2022

Respectfully,

Dawud C.S. Gabriel
Plaintiff - Pro Se
1307 Thurston Avenue
Sebring, FL 33870
(863) 464-1709
dawudsmail@yahoo.com

## VI. CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Postal Service's Priority Mail, on November 29, 2022, on the party on the Service List below.

Respectfully,

*[signature]*

Dawud S.S. Gabriel
Plaintiff - Pro Se
1307 Thurston Avenue
Sebring, FL 33870
863) 464-1709
dawudsmail@yahoo.com

SERVICE LIST

Elizabeth Warren - Clerk of Court.
U.S. District Court – M.D. FLA
2110 First (1st) Street
Fort Myers, FL 33901
(239) 461-2000
US Postal Service Tracking No.
# 9410-8036-9930-0155-8076-31